1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>    Plaintiff,<br><br>    v.<br><br>USA AUTO REPAIR, INC D/B/A A&C AUTO REPAIR; MINH DUC TRINH, AS TRUSTEE OF THE MINH DUC TRINH AND ANH PHUNG HUYNH TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No. 8:24-cv-02529-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 15] entered on or about March 27, 2025, and in accordance with Rules 41(b), 41(c), and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 6, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE